# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LOIS WHITE, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 1:23-cv-17087 |
| v. | )<br>) Honorable Thomas M. Durkin |
| JO-ANN STORES, LLC., an Ohio limited liability company, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## VOLUNTARY DISMISSAL OF DEFENDANT JO-ANN STORES, LLC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant Jo-Ann Stores, LLC. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

    Respectfully submitted,

    CASS LAW GROUP, P.C.

    /s/ Angela C. Spears
    _____
    Angela C. Spears

    CASS LAW GROUP, P.C.
    20015 S. LaGrange Rd #1098
    Frankfort, IL 60423
    T: (833) 343-6743
    F: (855) 744-4419
    E: aspears@casslawgroup.com
    *Counsel for Plaintiff*

Dated: January 19, 2024